IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 11-mj-7006-kjm

UNITED STATES OF AMERICA,

Plaintiff,

v.

Robert Caskey

Defendant.

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___Initial Appearance    _X_ Arraignment cont.    ___Sentencing    ___Status

___Administrative Review    ___Show Proof    ___Other (_____)

The location, date and time set for the hearing is:

_X_ 212 N. Wahsatch, Suite 101    ___901 19th Street, Rm. A-105    ___1929 Stout St.
    Colorado Springs, CO 80903        Denver, CO 80294                Denver, CO 80294

Appearance date: 06/06/12 , at 10:00am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk

By: NLC
Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice:

Dated: 3/30/2012    Name: Reset per request of
                    Address: AUSA Bob Brown

Phone: _____

Revised 3/17/09